UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PENELOPE MATKINS,

                Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. 3:13-cv-05930-RBL-KLS

REPORT AND RECOMMENDATION DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS

Noted for November 15, 2013

This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C.§636(b)(1) and Local Rule MJR 3 and 4.  This matter comes before the Court on plaintiff's filing of an application to proceed *in forma pauperis* and a complaint to review and set aside a decision of the Social Security Administration under 42 U.S.C.§405(g).  Because plaintiff's application indicates she has sufficient income with which to pay the $400.00 filing fee, the undersigned recommends that the court deny the application.

DISCUSSION

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency.  See 28 U.S.C.§1915(a).  However, the Court has broad discretion in denying an application to proceed *in forma pauperis*.  Weller v. Dickson, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

By requesting the court to proceed *in forma pauperis*, plaintiff is asking the government to incur the filing fee because she allegedly is unable to afford the costs necessary to proceed

REPORT AND RECOMMENDATION - 1

with her cause of action. In her application, plaintiff indicates her husband receives $50,000 in disability, unemployment, worker's compensation or public assistance per year. See ECF #1, p. 1. In light of plaintiff's household income–and the fact that there are no other persons who are dependent upon plaintiff for support (see id at p. 2)–it does not seem unreasonable to expect her to pay the required Court filing fee.

## CONCLUSION

Because it is reasonable for plaintiff to incur the costs to proceed with this cause of action, the undersigned recommends that the court deny her application to proceed *in forma pauperis*. Accordingly, the undersigned also recommends that the court order plaintiff to pay the required filing fee within thirty (30) days of the court's order.

Pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedures ("Fed. R. Civ. P.") 72(b), the parties shall have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. *See also* Fed.R.Civ.P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **November 15, 2013**, as noted in the caption.

DATED this 30th day of October, 2013.

/s/ Karen L. Strombom
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2